# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NORTHERN NATURAL GAS COMPANY,** a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**J. ROLLINS CONSTRUCTION, INC.,** a Texas corporation;<br><br>Defendant. | 8:23CV215<br><br>**ORDER** |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 26th day of May, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge